UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KPH HEALTHCARE SERVICES, INC., A/K/A KINNEY DRUGS, INC., HEALTH DIRECT PHARMACY SERVICES, AND NOBLE HEALTH SERVICES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,**<br><br>    **Defendants.** | Civ. No. 20-cv-05901 (KM) (ESK)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court on defendants' joint motion to compel arbitration (DE 51) and defendants' joint motion to dismiss the complaint (DE 56); and the Court having considered the submissions of the parties (DE 55, 58, 63, 64, 70, 71) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

    **IT IS** this 8th day of October 2021,

    **ORDERED** that Defendants' motion to compel arbitration (DE 52) is **GRANTED**; and it is further

    **ORDERED** that Defendants' motion to dismiss (DE 56) is **DENIED** as moot; and it is further

**ORDERED** that all proceedings in this action are hereby **STAYED** pending completion of arbitration.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**