UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., HEALTH DIRECT PHARMACY SERVICES, AND NOBLE HEALTH SERVICES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 2:20-cv-05901 (KM) (ESK)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Defendants JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and BTG INTERNATIONAL LIMITED (collectively "Defendants") jointly moved to compel arbitration (D.I. 51) and to dismiss the Amended Class Action Complaint filed in this action (D.I. 56);

WHEREAS, this Court granted the motion to compel arbitration as to all Defendants and issued a stay of all proceedings pending completion of arbitration, by Order dated October 19, 2021 (D.I. 76);

WHEREAS, Plaintiffs KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., HEALTH DIRECT PHARMACY SERVICES, AND NOBLE HEALTH SERVICES (collectively "Plaintiffs") have decided to dismiss their claims with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and Defendants, that the Court is requested to lift the stay imposed by its Order dated October 19, 2021, and that Plaintiffs hereby voluntarily dismiss their action against Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The dismissal is effective upon the date of entry unless otherwise directed by the Court.

Dated:   Newark, New Jersey
         January 7, 2022

/s/ Shelly L. Friedland
Shelly L. Friedland
Ted Trief
**TRIEF & OLK**
9 Kansas Street
Hackensack, NJ 07601
Telephone: (201) 343-5770
sfriedland@triefandolk.com

*Liaison Counsel for Plaintiffs KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. Health Direct Pharmacy Services, and Noble Health Services*

2

| | |
|---|---|
| */s/ Liza M. Walsh* | */s/ Jeffrey J. Greenbaum* |
| Liza M. Walsh | Jeffrey J. Greenbaum |
| Katelyn O'Reilly | Gregory E. Reid |
| William T. Walsh, Jr. | **SILLS CUMMIS & GROSS P.C.** |
| **WALSH PIZZI O'REILLY FALANGA LLP** | One Riverfront Plaza |
| Three Gateway Center | Newark, NJ 07102 |
| 100 Mulberry Street, 15th Floor | Phone: (973) 643-7000 |
| Newark, NJ 07102 | Facsimile: (973) 643-6500 |
| Phone: (973) 757-1100 | jgreenbaum@sillscummis.com |
| Facsimile: (973) 757-1090 | greid@sillscummis.com |
| lwalsh@walsh.law | *Attorneys for Janssen Biotech, Inc.,* |
| koreilly@walsh.law | *Janssen Oncology, Inc., and Janssen* |
| wwalsh@walsh.law | *Research & Development, LLC* |
| *Attorneys for BTG International Limited* | |

So ordered:
Date: January 10, 2022


 /s/ Kevin McNulty
_____
Honorable Kevin McNulty
United States District Judge